IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana Corporation,

    Plaintiff,

vs.

ADAMS, MARY ANN
ALSPAUGH, BETTY
ALSPAUGH, MARK H.
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
AMERICAN FAMILY INSURANCE GROUP, INC., a Wisconsin corporation,
AXTELL, DALE KEVIN
AXTELL, KIM MARIE
BABB, ROBERT S.
BAILEY HAIR & NAILS,
BAUER, DAVID EDWARD
BAUER, LOUISE JANE
BENNETT-TAYLOR, PATRICIA
BIGELOW, VICKIE
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PARK,
BOCK, JAMES R.
BOCK, RENEE Y.
BRUMAGHIN, ENRIQUE
BRUMAGHIN, BRENDA
BRUNGART, JEFFREY
BURNS, HELEN T.
BURNS, MICHAEL
BYER, DEAN
CALLAHAN, GERALDINE
CALLAHAN, WARREN T.
CASE, CURTIS
CATALDO, DORA
JOHN DOE #1, as trustee for CAW TRUST SETTLEMENT OF TRUST,
CHALLIS, DAN
CHALLIS, JANICE
CHRISTENSEN, ANDREW

CHRISTENSEN, SHELLY
COOK, HELEN
DAVIS, LESLIE
DIBLASI, TIFFANY
ECK, RANDAL
ECK, KAREN
FALTER, ROGER
FARMERS INSURANCE GROUP, a Nevada Corporation,
GREEN, RON
GREEN, RONALD H.
GREGG, SHERLYN
GREGG, TIM A.
GUELKER, MICHAEL
GUELKER, TARYN
GREGORY, KRISTEN
GREGORY, SCOTT
HARTLEY, ROBERT
HARTLEY, PATRICIA
HAWES, SHELIA
HEDRICK, KATHERINE
HERLIHY, BRIAN
HERLIHY, ANN
HUNKA, EGOR
JALANIVICH, DEBORAH
JEROME, GEORGE E.
JOBIN, CHRISTINE J.
JOHNSON, ARTHUR CURTIS III
JOHNSON, NORMA F.
JOHNSON, PETER N.
JOHNSON, JR. RUSSELL
KARNOWKA, BERNARD J.
KARNOWKA, THOMAS P.
KEYES, JOHN MICHAEL
KIGHT, NINA M.
KIGHT, ROBERT D.
KINZER, MICHAEL D.
KRIEBEL, ARTHUR
KRIEBEL, SUSAN
KULOW, MARK
LAZY OURS, L.L.C., a Colorado Limited Liability Company,

MAHAN, JOSEPH ALLEN
MAHAN, SUSAN ADELE
MAKI, LEONARD JOHN
MARTIN-WHITE, TENI JUDITHE
MEYERINK, LOREN H.
MINER, KEITH
MORRIS, EUGENE H.
MORRIS, MARILYN
MUETZ, LAWRENCE
MUETZ, PERCY
NEWTON-SZALAY, DIANE
ONE BEACON INSURANCE COMPANY, a Massachusetts Corporation,
PARKS, GLORIA J.
POTTER, STEPHEN L.
RAYBURN, DAN
JOHN DOE #2, as trustee for JASON D. RAYBURN IRREVOCABLE TRUST,
RAYBURN, JERRILYN
REPP, HANK
REPP, PRISS
JOHN DOE #3, as trustee for PRISCILLA M. REPP LIVING TRUST,
RIESBERG, DENNIS L.
SCHRADER, DAMON
SCHRAEDER, CHRISTINE
SERWATKA, NANCY
SHOEMAKE, CARL
SMITH, DORIS E.
SMITH, LAUGHTON
SMITH, MARTIN L.
SOWA, CINDY
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois Company,
STEIN, JOHN J.
STENGER, FRANK. JR
STENGER, RIKI L.
STRANKMAN, WALTER
SZALAY, DIANE
THORNE, RONALD W.
TURNER, LAURA L.
TYRELL, GERALD L.
TYRELL, JANICE

TYRELL, JERRY
USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,
THE UNITED STATES OF AMERICA,
VINYARD, JUDITH L.
WALSH, CAROL
WALSH, DOUGLAS J.
WALSH, FORREST ANN
WARNING, STEVE
WARNING, TIA
WEBSTER, DONALD
WEIDMANN, YVONNE
WEIMER, JOHN
WEIMER, SYDNEY
WHITE, DEAN
WHITE, JONATHAN SETH
WHITE, TERRI
ZINGE, CARL
JOHN & JANE DOE 4-10, the identity and precise number of whom are presently unknown to the plaintiff, and
JOHN DOE ENTITY 1-10

    Defendants.

---

## ORDER
---

    THIS MATTER, having come before the Court, the Court having reviewed the Stipulated Motion to Amend Caption and the file, having considered said Motion, and being fully advised in the premises, the Court hereby

    ORDERS that the caption of the Complaint shall be amended to replace AMERICAN FAMILY INSURANCE GROUP, INC., a Wisconsin corporation with AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation.

DATED this 13th day of July, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge