IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

MARY ANN ADAMS,
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
BETTY ALSPAUGH,
MARK H. ALSPAUGH,
AMERICAN FAMILY MUTUAL INSURANCE GROUP, INC., a Wisconsin corporation,
DALE KEVIN AXTELL,
KIM MARIE AXTELL,
ROBERT S. BABB,
BAILEY HAIR & NAILS,
DAVID EDWARD BAUER,
LOUISE JANE BAUER,
PATRICIA BENNETT-TAYLOR,
VICKIE BIGELOW,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PARK,
JAMES R. BOCK,
RENEE Y. BOCK,
BRENDA BRUMAGHIN,
ENRIQUE BRUMAGHIN,
JEFFREY BRUNGART,
HELEN T. BURNS,
MICHAEL BURNS,
DEAN BYER,
GERALDINE CALLAHAN,
WARREN T. CALLAHAN,
CURTIS CASE,
DORA CATALDO,
JOHN DOE #1, as trustee for CAW TRUST SETTLEMENT OF TRUST,
DAN CHALLIS,

JANICE CHALLIS,
ANDREW CHRISTENSEN,
SHELLY CHRISTENSEN,
HELEN COOK,
LESLIE DAVIS,
TIFFANY DIBLASI,
KAREN ECK,
RANDAL ECK,
ROGER FALTER,
FARMERS INSURANCE GROUP, a Nevada Corporation,
RON GREEN,
RONALD H. GREEN,
SHERLYN GREGG,
TIM A. GREGG,
KRISTEN GREGORY,
SCOTT GREGORY,
MICHAEL GUELKER,
TARYN GUELKER,
PATRICIA HARTLEY,
ROBERT HARLEY,
SHELIA HAWES,
KATHERINE HEDRICK,
ANN HERLIHY,
BRIAN HERLIHY,
EGOR HUNKA,
DEBORAH JALANIVICH,
GEORGE E. JEROME,
CHRISTINE J. JOBIN,
ARTHUR CURTIS JOHNSON, III,
NORMA F. JOHNSON,
PETER N. JOHNSON,
RUSSELL JOHNSON, JR.,
BERNARD J. KARNOWKA,
THOMAS P. KARNOWKA,
JOHN MICHAEL KEYES,
NINA M. KIGHT,
ROBERT D. KIGHT,
MICHAEL D. KINZER,
ARTHUR KRIEBEL,
SUSAN KRIEBEL,

MARK KULOW,
LAZY OURS, L.L.C., a Colorado Limited Liability Company,
JOSEPH ALLEN MAHAN,
SUSAN ADELE MAHAN,
LEONARD JOHN MAKI,
TENI JUDITHE MARTIN-WHITE,
LOREN H. MEYERINK,
KEITH MINER,
EUGENE H. MORRIS,
MARILYN MORRIS,
LAWRENCE MUETZ,
PERCY MUETZ,
DIANE NEWTON-SZALAY,
ONE BEACON INSURANCE COMPANY, a Massachusetts Corporation,
GLORIA J. PARKS,
STEPHEN L. POTTER,
DAN RAYBURN,
JOHN DOE #2, as trustee for JASON D. RAYBURN IRREVOCABLE TRUST,
JERRILYN RAYBURN,
HANK REPP,
PRISS REPP,
JOHN DOE #3, as trustee for PRISCILLA M. REPP LIVING TRUST,
DENNIS L. RIESBERG,
CHRISTINE SCHRADER,
DAMON SCHRADER,
NANCY SERWATKA,
CARL SHOEMAKE,
DORIS E. SMITH,
LAUGHTON SMITH,
MARTIN L. SMITH,
CINDY SOWA,
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois Company,
JOHN J. STEIN,
FRANK STENGER, JR.,
RIKI L. STENGER,
WALTER STRANKMAN,
DIANA SZALAY,
RONALD W. THORNE,
LAURA L. TURNER,

GERALD L. TYRELL,
JANICE TYRELL,
JERRY TYRELL,
USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,
THE UNITED STATES OF AMERICA,
JUDITH L. VINYARD,
CAROL WALSH,
DOUGLAS J. WALSH,
FORREST ANN WALSH,
STEVE WARNING,
TIA WARNING,
DONALD WEBSTER,
YVONNE WEIDMANN,
JOHN WEIMER,
SYDNEY WEIMER,
DEAN WHITE,
JONATHAN SETH WHITE,
TERRI WHITE,
CARL ZINGE,
JOHN & JANE DOE 4-10,
the identity and precise number of whom are presently unknown to the plaintiff, and
JOHN DOE ENTITY 1-10,
the identity and precise number of which are presently unknown to the plaintiff,

       Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant Tiffany DiBlasi's Motion to Telephone into Scheduling Conference November 4th, 2005, and Request for Telephone Number of Court and Time of Preceedings (sic) (filed September 2, 2005; *doc. no. 34*) is **GRANTED**.

Defendant DiBlasi is permitted to appear at the scheduling conference via telephone by dialing **303.844.2117** at **8:30 a.m. (Mountain Time) on November 4, 2005**.

*Pro Se* Defendant DiBlasi and all parties wishing to file motions in the above captioned matter are instructed to note **D.C.COLOL.CIVR. 7.1**. The Court expects parties to confer *before* filing any motions and to provide a certificate showing compliance with the local rule. This certificate shall indicate to what extent the parties conferred, or made reasonable, good faith efforts to confer, and whether or not the motion is opposed or unopposed. It is further

**ORDERED** that when filing documents with the court, ALL PARTIES are required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ); the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ) *and* the District of Colorado Electronic Case Filing Procedures (D.C. COLO. ECF. PROC.). Failure to do so may result in the motion(s) being denied.

**DATED:**      September 7, 2005