IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

MARY ANN ADAMS,
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
BETTY ALSPAUGH,
MARK H. ALSPAUGH,
AMERICAN FAMILY INSURANCE GROUP, INC., a Wisconsin corporation,
DALE KEVIN AXTELL,
KIM MARIE AXTELL,
ROBERT S. BABB,
BAILEY HAIR & NAILS,
DAVID EDWARD BAUER,
LOUISE JANE BAUER,
PATRICIA BENNETT-TAYLOR,
VICKIE BIGELOW,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PARK,
JAMES R. BOCK,
RENEE Y. BOCK,
BRENDA BRUMAGHIN,
ENRIQUE BRUMAGHIN,
JEFFREY BRUNGART,
HELEN T. BURNS,
MICHAEL BURNS,
DEAN BYER,
GERALDINE CALLAHAN,
WARREN T. CALLAHAN,
CURTIS CASE,
DORA CATALDO,
JOHN DOE #1, as trustee for Caw Trust Settlement of Trust,
DAN CHALLIS,
JANICE CHALLIS,
ANDREW CHRISTENSEN,
SHELLY CHRISTENSEN,
HELEN COOK
LESLIE DAVIS,

TIFFANY DIBLASI,
KAREN ECK,
RANDAL ECK,
ROGER FALTER,
FARMERS INSURANCE GROUP, a Nevada corporation,
RON GREEN,
RONALD H. GREEN,
SHERLYN GREGG,
TIM A.GREGG,
KRISTEN GREGORY,
SCOTT GREGORY,
MICHAEL GUELKER,
TARYN GUELKER,
PATICIA HARTLEY,
ROBERT HARTLEY,
SHELIA HAWES,
KATHERINE HEDRICK,
ANN HERLIHY,
GRIAN HERLIHY,
EGOR HUNKA,
DEBORAH JALANIVICH,
GEORGE E. JEROME,
CHRISTINE J. JOBIN,
ARTHUR CURTIS JOHNSON, III,
NORMA F. JOHNSON,
PETER N. JOHNSON,
RUSSELL JOHNSON, JR.,
BERNARD J. KARNOWKA,
THOMAS P. KARNOWKA,
JOHN MICHAEL KEYES,
NINA M. KIGHT,
ROBERT D. KIGHT,
MICHAEL D. KINZER,
ARTHUR KRIEBEL,
SUSAN KRIEGEL,
MARK KULOW,
LAZY OURS, L.L.C., a Colorado limited liability company,
JOSEPH ALLEN MAHAN,
SUSAN ADELE MAHAN,
LEONARD JOHN MAKI,
TENI JUDITHE MARTIN-WHITE,
LOREN H. MEYERINK,
KEITH MINER,
EUGENE H. MORRIS,
MARILYN MORRIS,

LAWRENCE MUETZ,

PERCY MUETZ,

DIANE NEWTON-SZALAY,

ONE BEACON INSURANCE COMPANY, a Massachusetts corporation,

GLORIA J. PARKS,

STEPHEN L. POTTER,

DAN RAYBURN,

JOHN DOE #2 as trustee for Jason D. Rayburn Irrevocable Trust,

JERRILYN RAYBURN,

HANK REPP,

PRESS REPP,

JOHN DOE #3, as trustee for Priscilla M. Repp Living Trust,

DENNIS L. RIESBERG,

CHRISTINE SCHRADER,

DAMON SHCRADER,

NANCY SERWATKA,

CARL SHOEMAKE,

DORIS E. SMITH,

LAUGHTON SMITH,

MARTIN L. SMITH,

CINDA SOWA,

STATE OF COLORADO,

STATE FARM INSURANCE COMPANY, an Illinois company,

JOHN J. STEIN,

FRANK STENGER, JR.,

RIKI L. STENGER,

WALTER STRANKMAN,

DIANE SZALAY,

RONALD W. THORNE,

LAURA L. TURNER,

GERALD L. TYRELL,

JANICE TYRELL,

JERRY TYRELL,

USAA CASUALTY INSURANCE COMPANY, a Texas corporation,

THE UNITED STATES OF AMERICA,

JUDITH L. VINYARD,

CAROL WALSH,

DOUGLAS J. WALSH,

FORREST ANN WALSH,

STEVE WARNING,

TIA WARNING,

DONALD WEBSTER,

YVONNE WEIDMANN,

JOHN WEIMER,

SYDNEY WEIMER,

DEAN WHITE,
JONATHAN SETH WHITE,
TERRI WHITE,
CARL ZINGE,
JOHN & JANE DOE 4-10, the identity and precise number of whom are presently unknown to
the plaintiff, and
JOHN DOE ENTITY 1-10, the identity and precise number of whom are presently unknown to
the plaintiff,

      Defendants.

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO
## DISMISS DEAN WHITE AND TERRI WHITE AND AMEND CAPTION

_____

**THIS MATTER**, having come before the Court, the Court having reviewed the Unopposed

Motion to Dismiss Dean White and Terri White and Amend Caption **(#57)**, having considered said

Motion, and being fully advised in the premises, the Court hereby

**ORDERS** the following:

    a.  Claims against Dean White and Terri White are dismissed without prejudice;

    b.  The caption shall be amended by removing the names Ronald H. Green and Diana
Szalay.  The defendants designated as  Doris Smith and Laughton Smith will be
redesignated as Doris E. Laughton-Smith; and

    c.  All subsequent pleadings will bear a caption reflecting these changes.

Dated this 11th day of November, 2005.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge