IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,

      Plaintiff,

v.

MARY ANN ADAMS,
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
BETTY ALSPAUGH,
MARK H. ALSPAUGH,
AMERICAN FAMILY MUTUAL INSURANCE GROUP, INC., a Wisconsin corporation,
DALE KEVIN AXTELL,
KIM MARIE AXTELL,
ROBERT S. BABB,
BAILEY HAIR & NAILS,
DAVID EDWARD BAUER,
LOUISE JANE BAUER,
PATRICIA BENNETT-TAYLOR,
VICKIE BIGELOW,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PARK,
JAMES R. BOCK,
RENEE Y. BOCK,
BRENDA BRUMAGHIN,
ENRIQUE BRUMAGHIN,
JEFFREY BRUNGART,
HELEN T. BURNS,
MICHAEL BURNS,
DEAN BYER,
GERALDINE CALLAHAN,
WARREN T. CALLAHAN,
CURTIS CASE,
DORA CATALDO,
JOHN DOE #1, as trustee for CAW TRUST SETTLEMENT OF TRUST,
DAN CHALLIS,
JANICE CHALLIS,
ANDREW CHRISTENSEN,
SHELLY CHRISTENSEN,
HELEN COOK,
LESLIE DAVIS,

TIFFANY DIBLASI,
KAREN ECK,
RANDAL ECK,
ROGER FALTER,
FARMERS INSURANCE GROUP, a Nevada Corporation,
RONALD H. GREEN,
SHERLYN GREGG,
TIM A. GREGG,
KRISTEN GREGORY,
SCOTT GREGORY,
MICHAEL GUELKER,
TARYN GUELKER,
PATRICIA HARTLEY,
ROBERT HARLEY,
SHELIA HAWES,
KATHERINE HEDRICK,
ANN HERLIHY,
BRIAN HERLIHY,
EGOR HUNKA,
DEBORAH JALANIVICH,
GEORGE E. JEROME,
CHRISTINE J. JOBIN,
ARTHUR CURTIS JOHNSON, III,
NORMA F. JOHNSON,
PETER N. JOHNSON,
RUSSELL JOHNSON, JR.,
BERNARD J. KARNOWKA,
THOMAS P. KARNOWKA,
JOHN MICHAEL KEYES,
NINA M. KIGHT,
ROBERT D. KIGHT,
MICHAEL D. KINZER,
ARTHUR KRIEBEL,
SUSAN KRIEBEL,
MARK KULOW,
LAZY OURS, L.L.C., a Colorado Limited Liability Company,
JOSEPH ALLEN MAHAN,
SUSAN ADELE MAHAN,
LEONARD JOHN MAKI,
TENI JUDITHE MARTIN-WHITE,
LOREN H. MEYERINK,
KEITH MINER,
EUGENE H. MORRIS,
MARILYN MORRIS,
LAWRENCE MUETZ,

PERCY MUETZ,
DIANE NEWTON-SZALAY,
ONE BEACON INSURANCE COMPANY, a Massachusetts Corporation,
GLORIA J. PARKS,
STEPHEN L. POTTER,
DAN RAYBURN,
JOHN DOE #2, as trustee for JASON D. RAYBURN IRREVOCABLE TRUST,
JERRILYN RAYBURN,
HANK REPP,
PRISS REPP,
JOHN DOE #3, as trustee for PRISCILLA M. REPP LIVING TRUST,
DENNIS L. RIESBERG,
CHRISTINE SCHRADER,
DAMON SCHRADER,
NANCY SERWATKA,
CARL SHOEMAKE,
DORIS E. LAUGHTON-SMITH,
MARTIN L. SMITH,
CINDY SOWA,
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois Company,
JOHN J. STEIN,
FRANK STENGER, JR.,
RIKI L. STENGER,
WALTER STRANKMAN,
RONALD W. THORNE,
GERALD L. TYRELL,
JANICE TYRELL,
JERRY TYRELL,
USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,
JUDITH L. VINYARD,
CAROL WALSH,
DOUGLAS J. WALSH,
STEVE WARNING,
TIA WARNING,
DONALD WEBSTER,
YVONNE WEIDMANN,
JOHN WEIMER,
SYDNEY WEIMER,
JONATHAN SETH WHITE,
CARL ZINGE,
JOHN & JANE DOE 4-10,
the identity and precise number of whom are presently unknown to the plaintiff, and
JOHN DOE ENTITY 1-10,
the identity and precise number of which are presently unknown to the plaintiff,

Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Defendant DiBlasi's Motion For Leave to Appear by Telephone (filed March 27, 2006; *doc. no. 71*) is **GRANTED**, only as to the scheduling conference set for March 28, 2006. Each request for permission to appear telephonically must be done individually, the court will not issue a blanket order granting telephonic appearances.

IT IS FURTHER ORDERED that Ms. DiBlasi should contact the court by dialing 303.844.2117 at the scheduled time.

Ms. DiBlasi is advised that future motions for permission to participate by telephone should be filed at least 5 days in advance of the scheduled hearing, not the day before, and should be filed in compliance with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P. ) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR. ). **Ms. DiBlasi is instructed to pay particular attention to D.C.COLOL.CIVR. 7.1A (Duty to Confer)**.

IT IS FURTHER ORDERED that the clerk's office shall amend *pro se* Defendant DiBlasi's address on the certificate of mailing to state as follows:

Tiffany DiBlasi
P.O. Box 174
365 Gablers Road
Aspers, PA 17304

**DATED:**      March 27, 2006