**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana Corporation,

Plaintiff,

vs.

ADAMS, MARY ANN
ALSPAUGH, BETTY
ALSPAUGH, MARK H.
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
AXTELL, DALE KEVIN
AXTELL, KIM MARIE
BABB, ROBERT S.
BAILEY HAIR & NAILS,
BAUER, DAVID EDWARD
BAUER, LOUISE JANE
BENNETT-TAYLOR, PATRICIA
BIGELOW, VICKIE
BOCK, JAMES R.
BOCK, RENEE Y.
BRUMAGHIN, ENRIQUE
BRUMAGHIN, BRENDA
BRUNGART, JEFFREY
BURNS, HELEN T.
BURNS, MICHAEL
BYER, DEAN
CALLAHAN, GERALDINE
CALLAHAN, WARREN T.
CASE, CURTIS
CATALDO, DORA
JOHN DOE #1, AS TRUSTEE FOR CAW TRUST SETTLEMENT OF TRUST,
CHRISTENSEN, ANDREW
CHRISTENSEN, SHELLY
COOK, HELEN
DAVIS, LESLIE

DIBLASI, TIFFANY
ECK, RANDAL
ECK, KAREN
FALTER, ROGER
FARMERS INSURANCE GROUP, a Nevada Corporation,
GREEN, RON
GREGG, SHERLYN
GREGG, TIM A.
GUELKER, TARYN
GREGORY, KRISTEN
GREGORY, SCOTT
HARTLEY, ROBERT
HARTLEY, PATRICIA
HAWES, SHELIA
HEDRICK, KATHERINE
HERLIHY, BRIAN
HERLIHY, ANN
HUNKA, EGOR
JALANIVICH, DEBORAH
JEROME, GEORGE E.
JOBIN, CHRISTINE J.
JOHNSON, ARTHUR CURTIS III
JOHNSON, PETER N.
JOHNSON, JR. RUSSELL
KARNOWKA, BERNARD J.
KARNOWKA, THOMAS P.
KEYES, JOHN MICHAEL
KIGHT, NINA M.
KIGHT, ROBERT D.
KINZER, MICHAEL D.
KRIEBEL, ARTHUR
KRIEBEL, SUSAN
KULOW, MARK
LAZY OURS, L.L.C., a Colorado Limited Liability Company,
MAHAN, JOSEPH ALLEN
MAHAN, SUSAN ADELE
MAKI, LEONARD JOHN
MARTIN-WHITE, TENI JUDITHE
MEYERINK, LOREN H.
MINER, KEITH
MORRIS, EUGENE H.
MORRIS, MARILYN

MUETZ, LAWRENCE
MUETZ, PERCY
NEWTON-SZALAY, DIANE
ONE BEACON INSURANCE COMPANY, a Massachusetts Corporation,
PARKS, GLORIA J.
POTTER, STEPHEN L.
RAYBURN, DAN
JOHN DOE #2, AS TRUSTEE FOR JASON D. RAYBURN IRREVOCABLE TRUST,
RAYBURN, JERRILYN
REPP, HANK
REPP, PRISS
JOHN DOE #3, AS TRUSTEE FOR PRISCILLA M. REPP LIVING TRUST,
RIESBERG, DENNIS L.
SCHRADER, DAMON
SCHRAEDER, CHRISTINE
SERWATKA, NANCY
SHOEMAKE, CARL
DORIS E., LAUGHTON-SMITH
SMITH, MARTIN L.
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois Company,
STEIN, JOHN J.
STENGER, FRANK. JR
STENGER, RIKI L.
STRANKMAN, WALTER
THORNE, RONALD W.
TYRELL, GERALD L.
TYRELL, JANICE
TYRELL, JERRY
USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,
THE UNITED STATES OF AMERICA,
VINYARD, JUDITH L.
WALSH, CAROL
WALSH, DOUGLAS J.
WARNING, STEVE
WARNING, TIA
WEBSTER, DONALD
WEIDMANN, YVONNE
WEIMER, JOHN
WEIMER, SYDNEY
WHITE, JONATHAN SETH
JOHN & JANE DOE 4-10, the identity and precise number of whom are presently unknown

to the plaintiff, and
JOHN DOE ENTITY 1-10

Defendants,

and

UNITED STATES OF AMERICA,
HENRY ALDERFER,
BARBARA ALDERFER, and
ERIC ALDERFER,

Interveners.

---

**MOTION FOR DEFAULT JUDGMENT**

---

Intervener Plaintiff United States of America respectfully requests that the Court enter default judgment against each of the defendants listed on Exhibit A hereto. The Clerk of the Court entered default against each of these defendants on January 9, 2006, Docket 118. As grounds for this motion, the United States incorporates by reference its Motion for Entry of Default (Docket 116) and affidavits filed in support thereof, and advises as follows:

1. This is an interpleader action concerning entitlement to insurance proceeds for property damage and personal injury caused by a wildfire known as the Snaking Fire, which occurred in Park County, Colorado in 2002.

2. The case was filed by Federal Insurance Company ("Federal"). In its complaint, Federal named as defendants all known persons and entities who had asserted criminal restitution or insurance claims based on the fire, as well as insurance companies

that had paid claims for losses caused by the fire. Docket 116, Hertzke Affidavit, ¶ 3. Federal obtained the defendants' names and addresses from a list of claims filed with the Park County District Attorney and from information obtained from the county assessor's office. *Id.* at ¶ 4.

3. On March 6, 2006, Federal filed waivers of service and affidavits of personal service for each of the defendants in the case. These documents are in the court's records at Docket 63.

4. On April 26, 2006, the Court entered summary judgment enjoining all defendants from instituting other proceedings against Federal for recovery against the subject insurance policy. Accordingly, Federal is no longer actively involved in this case

5. As reflected in the Clerk's Entry of Default, Docket 118, each of the defendants listed on Exhibit A was properly served or waived service, and each failed to file a pleading or otherwise respond. Accordingly, the Clerk of the Court entered default against each of them. (The Clerk declined to enter default against defendant Leslie Davis, n/k/a Leslie Kenney, and her name has been removed from the table attached hereto as Exhibit A.)

6. Although the Clerk entered default of defendant Peter N. Johnson, the United States is not at this time moving for default judgment against him. Instead, at his request, the United States is moving to dismiss him from the case because he has waived his claim.

7. As set forth in the Affidavit of Craig Tische, filed as an attachment to the Motion for Entry of Default (Docket 116) and incorporated by reference herein, none of the defendants identified on Exhibit A is an infant or incompetent. Tische Aff. ¶¶ 3, 4, and 6.

8. As set forth in the Affidavits of Craig Tische and Annette Dolce attached to Docket 116 and incorporated by reference herein, none of the defendants listed on Exhibit A is presently in the military service within the purview of the Soldier and Sailor's Civil Relief Act of 1940, as amended. Docket 116, Tische Aff. ¶ 5; Dolce Aff. ¶ 3.

9. As set forth in the Affidavit of Craig Tische attached to Docket 116 and incorporated by reference herein, none of the defendants is an agency or officer of the United States or the State of Colorado. Docket 116, Tische Aff. ¶ 8.

WHEREFORE, the United States moves for default judgment against each defendant identified on Exhibit A.

Respectfully submitted,

TROY A. EID
United States Attorney

Dated: January 24, 2007

By: *s/ Lisa A. Christian*
LISA A. CHRISTIAN
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
Fax: (303) 454-0404
Lisa.Christian@usdoj.gov
Attorneys for United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2007, I electronically filed a true and correct copy of the above and foregoing MOTION FOR DEFAULT JUDGMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

James E. Goldfarb jgoldfarb@sgrllc.com

Billy-George Hertzke bhertzke@sgrllc.com

Dennis L. Blewitt mjcwik@qwest.net, Dennis.Blewitt@comcast.net

Chris A. Mattison mattisonc@hallevans.com

Roger Moore rmoore@rmoorelaw.com

Richard H. Hill richardhill@earthlink.net, rhhill@buchananstouffer.com

John C. Hugger huggerlaw@aol.com

Christine J. Jobin cjjobin@qwest.net

Brian T. Judson bjudson@hkip.com, crose@hkp.com

Andrew A. Scott aas@wdtlaw.com, grw@wdtlaw.com, jmt@wdtlaw.com

John R. Sleeman, Jr. john.sleeman@state.co.us, mary.brown@state.co.us

and hereby certify that I have caused the foregoing document to be mailed to the following non-CM/ECF participants in the manner of U.S. Mail, postage prepaid:

Mike Cohen, Esq.
10403 W. Colfax Ave., Suite 610
Lakewood, CO 80215

Brenda Brumaghin
267 Old State Road
Bailey, CO 80421

Tiffany DiBlasi
365 Gablers Road
Aspers, PA 17304

Michael William Melito
Colorado Department of Law
1525 Sherman Street
5th Floor
Denver, CO 80203

Priscilla M. Repp Living Trust
5729 South Snowberry Drive
Littleton, CO 80123

Hank Repp
5729 South Snowberry Drive
Littleton, CO 80123

Priss M. Repp
5729 South Snowberry Drive
Littleton, CO 80123

Martin L. Smith
P.O. Box 696
293 Crow Valley Road
Bailey, CO 80421

Doris E. Smith
P.O. Box 696
293 Crow Valley Road
Bailey, CO 80421

Mary Ann Adams
P.O. Box 174
Bailey, CO 80421-0174

Dale Kevin Axtell
P.O. Box 296
Shawnee, CO 80475-0296

Kim Marie Axtell
P.O. Box 296
Shawnee, CO 80475-0296

Robert S. Babb
9672 Corsair Drive
Conifer, CO 80433-9307

Bailey Hair and Nails
40 Pinetree Circle
Bailey, CO 80421-3109

David Edward Bauer
1069 Jesse Lane
Bailey, CO 80421-2383

Louise Jane Bauer
28311 Shadow Mountain Drive
Conifer, CO 80433-8622

Patricia Bennett-Taylor
P.O. Box 141
Sanibel, FL 33957-0141

Vickie Bigelow
9672 Corsair Dr.
Conifer, CO 80433-9307

Enrique Brumaghin
802 Aspen Drive
Bailey, CO 80421-1208

Jeffrey Brungart
5763 Round Rock Ct
Fort Collins, CO 80528-7034

Helen T. Burns
P.O. Box 67
Bailey, CO 80421-0067

Michael Burns
866 Buddy Lane, # 67
Bailey, CO 80421-2392

Dean Byer
3159 County Road 72
Bailey, CO 80421-2048

Geraldine Callahan
363 Bluebird Lane
Bailey, CO 80421-2083

Warren T. Callahan
363 Bluebird Lane
Bailey, CO 80421-2083

Curtis Case
267 Bristlecone Cir.
Bailey, CO 80421-1211

Dora Cataldo
28 Deer Road
Evergreen, CO 80439-4016

John Doe #1 as trustee for CAW Trust Settlement of Trust
c/o Carol A. Walsh
725 Buddy Lane
Bailey, CO 80421

Andrew Christensen
P.O. Box 865
11 Pinecrest Circle
Bailey, CO 80421

Shelly Christensen
P.O. Box 865
11 Pinecrest Circle
Bailey, CO 80421

Helen Cook
365 Quakie Way
Bailey, CO 80421

Leslie Davis
139 Concord Drive
Dawsonville, GA 30534-5921

Karen Eck
59 Pine Tree Circle
Bailey, CO 80421

Randal Eck
59 Pine Tree Circle
Bailey, CO 80421

Roger Falter
121 Iris Drive, Apt. 103
Bailey, CO 80421

Ron Green
Ronald H. Green
141 Spring Drive
Newport, VA 24128-3606

Sherlyn Gregg
273 Jacob Drive
Bailey, CO 80421

Tim A. Gregg
273 Jacob Drive
Bailey, CO 80421

Kristen Gregory
1369 S. Pine Drive
Bailey, CO 80421-2334

Scott Gregory
1369 S. Pine Drive
Bailey, CO 80421-2334

Taryn Guelker
7103 Roland Oaks Cir.
Sarasota, FL 34231-4730

Patricia Hartley
33510 Puma Crest
Evergreen, CO 80439-6821

Robert Hartley
33510 Puma Crest
Evergreen, CO 80439-6821

Sheila Hawes
2417 Del Webb Blvd. E
Sun City, FL 33573-6892

Katherine Hedrick
28032 Bonanza Drive
Evergreen, CO 80439-6319

Ann Herlihy
6572 Deerpath Rd
Lake Geneva, WI 53147-3691

Brian Herlihy
6572 Deerpath Rd
Lake Geneva, WI 53147-3691

Egor Hunka
5423 E. Gable Ave.
Mesa, AZ 85206-6702

Deborah Jalanivich
57813 US Highway 285
Bailey, CO 80421

George E. Jerome
11308 West Ontario Ave.
Littleton, CO 80127-4968

Arthur Curtis Johnson, III
27 Pinon Road
Bailey, CO 80421-1836

Peter N. Johnson
745 Coral Street
Broomfield, CO 80020-1931

Russell Johnson, Jr.
200 Bailey Drive
Box 951
Bailey, CO 80421-2341

Bernard J. Karnowka
65 Marian Street
P.O. Box 254
Bailey, CO 80421-0254

Thomas P. Karnowka
P.O. Box 262
Bailey, CO 80421-0262

John Michael Keyes
P.O. Box 551
Bailey, CO 80421-0551

Nina M. Kight
15 Pinecrest Circle
Bailey, CO 80421

Robert D. Kight
15 Pinecrest Circle
Bailey, CO 80421

Arthur Kriebel
5341 S. Cedar Street
Littleton, CO 80120-1305

Susan Kriebel
5341 S. Cedar Street
Littleton, CO 80120-1305

Mark Kulow
1458 Crow Creek Road
Bailey, CO 80421

Lazy Ours, L.L.C.
27601 Hummingbird Hill Road
Conifer, CO 80433

Joseph Allan Mahan
P.O. Box 771
Bailey, CO 80421-0771

Susan Adele Mahan
781 Buddy Lane
Bailey, CO 80421-2399

Leonard John Maki
91 Cloverview Road
Ketchikan, AK 99901-8945

Teni Judithe Martin-White
1144 45th Ave.
East Moline, IL 61244-4171

Loren H. Meyerink
485 Jacob Drive
Bailey, CO 80421-2380

Keith Miner
199 Spring Valley
Bailey, CO 80421-1877

Eugene H. Morris
263 Rim Rock Road
Bailey, CO 80421-2178

Marilyn Morris
263 Rim Rock Road
Bailey, CO 80421-2178

Lawrence Muetz
180 N. Ridge Road
Bailey, CO 80421

Percy Muetz
14 Aspen Drive
Bailey, CO 80421

Diane Newton-Szalay
Diane Szalay
397 Raven Drive
Bailey, CO 80421-2057

One Beacon Insurance Company
c/o Colorado Division of Insuranc
1560 Broadway, Suite 800
Denver, CO 80202

Gloria J. Park
1024 Jesse Lane
Bailey, CO 80421-2383

Stephen L. Potter
12553 W. 2nd Drive
Lakewood, CO 80228

Dan Rayburn
60319 US Highway 285
Bailey, CO 80421

John Doe #2, as trustee for Jason D. Rayburn Irrevocable Trust
c/o Terri D. Rayburn
121 Park Drive
Bailey, CO 80421

Jerrilyn Rayburn
60319 US Highway 285
Bailey, CO 80421

Dennis L. Riesberg
361 Pine Drive
Bailey, CO 80421-2322

Christine Schrader
3150 Garrison Road, Apt. 526
Denton, TX 76210-1814

Damon Schrader
6142 Bonita Road, Apt. A207
Lake Oswego, OR 97035-3223

Nancy Serwatka
1153 Bergen Parkway #M146
Evergreen CO 80439-9501

Carl Shoemake
145 Bailey Drive
Bailey, CO 80421

John J. Stein
582 Buddy Lane
Bailey, CO 80421

Frank Stenger, Jr.
823 N. Crow Valley Road
Bailey, CO 80421

Riki L. Stenger
823 N. Crow Valley Road
Bailey, CO 80421

Walter Strankman
630 Pine Drive South
Bailey, CO 80421

Ronald W. Thorne
182 Summit Drive
Bailey, CO 80421-2340

Gerald L. Tyrell
Jerry Tyrell
905 Jesse Lane
Bailey, CO 80421-2381

Janice Tyrell
905 Jesse Lane
Bailey, CO 80421-2381

Judith L. Vinyard
634 W. Ella Drive
Corrales, NM 87048-7230

Steve Warning
235 Spring Valley
Bailey, CO 80421-1877

Tia Warning
10844 Belmont Street
Firestone, CO

Donald Webster
P.O. Box 335
Bailey, CO 80421-0335

Yvonne Weidmann
5613 Burro Lane
Evergreen, CO 80439-5533

John Weimer
779 Pine Hollow Dr.
Bailey, CO 80421

Sydney Weimer
339 Alston Drive #2
Orlando, FL 32835-6029

Jonathan Seth White
P.O. Box 4032
Buena Vista, CO 81211-4032

Michael Hofmann
Holme Roberts & Owen
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

*S/ Lisa A. Christian*
Office of the United States Attorney