IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,

    Plaintiff,

v.

MARY ANN ADAMS,
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
BETTY ALSPAUGH,
MARK H. ALSPAUGH,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
DALE KEVIN AXTELL,
KIM MARIE AXTELL,
ROBERT S. BABB,
BAILEY HAIR & NAILS,
DAVID EDWARD BAUER,
LOUISE JANE BAUER,
PATRICIA BENNETT-TAYLOR,
VICKIE BIGELOW,
JAMES R. BOCK,
RENEE Y. BOCK,
BRENDA BRUMAGHIN,
ENRIQUE BRUMAGHIN,
JEFFREY BRUNGART,
HELEN T. BURNS,
MICHAEL BURNS,
DEAN BYER,
GERALDINE CALLAHAN,
WARREN T. CALLAHAN,
CURTIS CASE,
DORA CATALDO,
JOHN DOE #1, as trustee for Caw Trust Settlement of Trust,
ANDREW CHRISTENSEN,
SHELLY CHRISTENSEN,
HELEN COOK,
LESLIE DAVIS,
TIFFANY DIBLASI,
KAREN ECK,
RANDAL ECK,

ROGER FALTER,
FARMERS INSURANCE GROUP, a Nevada corporation,
RON GREEN,
SHERLYN GREGG,
TIM A.GREGG,
KRISTEN GREGORY,
SCOTT GREGORY,
TARYN GUELKER,
PATRICIA HARTLEY,
ROBERT HARTLEY,
SHEILA HAWES,
KATHERINE HEDRICK,
ANN HERLIHY,
BRIAN HERLIHY,
EGOR HUNKA,
DEBORAH JALANIVICH,
GEORGE E. JEROME,
CHRISTINE J. JOBIN,
ARTHUR CURTIS JOHNSON, III,
PETER N. JOHNSON,
RUSSELL JOHNSON, JR.,
BERNARD J. KARNOWKA,
THOMAS P. KARNOWKA,
JOHN MICHAEL KEYES,
NINA M. KIGHT,
ROBERT D. KIGHT,
MICHAEL D. KINZER,
ARTHUR KRIEBEL,
SUSAN KRIEBEL,
MARK KULOW,
LAZY OURS, L.L.C., a Colorado limited liability company,
JOSEPH ALLEN MAHAN,
SUSAN ADELE MAHAN,
LEONARD JOHN MAKI,
TENI JUDITHE MARTIN-WHITE,
LOREN H. MEYERINK,
KEITH MINER,
EUGENE H. MORRIS,
MARILYN MORRIS,
LAWRENCE MUETZ,
PERCY MUETZ,
DIANE NEWTON-SZALAY,
ONE BEACON INSURANCE COMPANY, a Massachusetts corporation,

GLORIA J. PARKS,
STEPHEN L. POTTER,
DAN RAYBURN,
JOHN DOE #2 as trustee for Jason D. Rayburn Irrevocable Trust,
JERRILYN RAYBURN,
HANK REPP,
PRISS REPP,
JOHN DOE #3, as trustee for Priscilla M. Repp Living Trust,
DENNIS L. RIESBERG,
CHRISTINE SCHRADER,
DAMON SCHRADER,
NANCY SERWATKA,
CARL SHOEMAKE,
DORIS E. LAUGHTON-SMITH,
MARTIN L. SMITH,
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois company,
JOHN J. STEIN,
FRANK STENGER, JR.,
RIKI L. STENGER,
WALTER STRANKMAN,
RONALD W. THORNE,
GERALD L. TYRELL,
JANICE TYRELL,
JERRY TYRELL,
USAA CASUALTY INSURANCE COMPANY, a Texas corporation,
JUDITH L. VINYARD,
CAROL WALSH,
DOUGLAS J. WALSH,
STEVE WARNING,
TIA WARNING,
DONALD WEBSTER,
YVONNE WEIDMANN,
JOHN WEIMER,
SYDNEY WEIMER,
JONATHAN SETH WHITE,
JOHN & JANE DOE 4-10, the identity and precise number of whom are presently unknown to the plaintiff, and
JOHN DOE ENTITY 1-10, the identity and precise number of whom are presently unknown to the plaintiff,

  Defendants,

and

UNITED STATES OF AMERICA,
HENRY ALDERFER,
BARBARA ALDERFER, and
ERIC ALDERFER,

        Intervenors.

## ORDER DISMISSING CLAIMS AGAINST SPECIFIC DEFENDANTS

THIS MATTER comes before the Court on several unopposed motions to dismiss (**#128, #129, #130, #131, #132, #134, #138, #139, #140, and #141**), with prejudice, the interpleader claims against Defendants Peter N. Johnson, Leslie (Davis) Kenney, Doris Laughton-Smith, Martin L. Smith, Tiffany DiBlasi, Brenda Brumaghin, James R. Bock, Renee Y. Bock, Mark H. Alspaugh, Betty Alspaugh, Carol Ann Walsh, Douglas J. Walsh, Christine J. Jobin and Michael D. Kinzer, all of whom have waived any claim they might have to the interpled funds.

**IT IS ORDERED** that the motions to dismiss (**#128, #129, #130, #131, #132, #134, #138, #139, #140, and #141**) are **GRANTED**. The claims against Defendants Peter N. Johnson, Leslie (Davis) Kenney, Doris Laughton-Smith, Martin L. Smith, Tiffany DiBlasi, Brenda Brumaghin, James R. Bock, Renee Y. Bock, Mark H. Alspaugh, Betty Alspaugh, Carol Ann Walsh, Douglas J. Walsh, Christine J. Jobin and Michael D. Kinzer are **DISMISSED**, with prejudice. The caption shall be amended to delete reference to these Defendants.

Dated this 12th day of March, 2007

        **BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge