IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,
    Plaintiff,
v.

MARY ANN ADAMS, et al.,
    Defendants.
_____

ORDER FOR CLARIFICATION
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Intervener Plaintiff United States of America's ("Intervenor Plaintiff") Motion for Default Judgment ("Motion") (doc. #126) (filed January 24, 2007). Pursuant to the June 21, 2005 Order of Reference (doc. #3), and the memorandum dated January 24, 2007 (doc. #127), this matter was referred to the Magistrate Judge.

    Upon review of the Complaint for Interpleader ("Complaint") (doc. #1) (filed May 27, 2005), Intervenor Plaintiff's Motion for Entry of Default and Attachments (docs. #116 and # 116-6 through # 116-11) (filed January 5, 2007), the Entry of Default ("Entry") dated January 9, 2007 (doc. #118), the Motion, and Intervenor Plaintiff's Exhibit A ("Table") (doc. #126-2), the court has observed some inconsistencies between the spellings of the names listed in the Complaint, the names listed in the Table, and the names listed in the Attachments. (*See* court's Clarification Table attached to this Order).

1

"[A] default judgment entered against a claimant in an interpleader action terminates that party's interest in the fund at issue." *State Farm Mutual Automobile Insurance Company v. Wagnon*, 959 F.2d 245, 245 (10th Cir. 1992). As termination of a party's interest involves the permanent legal rights of the possible claimants, it is imperative that the court ascertain that the actual party in interest was notified and forfeited his or her right to any claim of entitlement. *See id.* (citing *General Accident Group v. Gagliardi*, 593 F. Supp. 1080, 1089 (D. Conn. 1984)). The inconsistent spellings of certain parties' names places into doubt whether those parties who were served or waived service and whose military service was checked are the actual parties in interest identified in the Complaint. Accordingly,

**IT IS ORDERED that on or before April 14, 2007**, Intervener Plaintiff United States of America shall provide clarification of the inconsistencies identified in the court's Clarification Table. Intervener Plaintiff may provide clarification in any form that adequately establishes that the parties who were served or waived service and whose military service was checked are the parties against whom Intervener Plaintiff seeks default judgment. In the event that no such clarification is made, the court will issue a recommendation to deny the Motion as to those parties listed in the Clarification Table.

**CLARIFICATION TABLE**

| Name in Complaint | Inconsistent Spelling Requiring Clarification |
|---|---|
| Bigelow, Vickie | Waiver of Service signed "Vicki Bigelow" (doc. #63-2)(pp. 23-24) <br> DODMDC Search for "Vicki Bigelow" (doc. #116)(pp. 15-16) |

| | |
|---|---|
| Brungart, Jeffrey | Waiver of Service signed "Jeffrey Brungardt" (doc. #63-3)(pp. 14-15)<br>DODMDC Search for "Jeffrey Brumgardt" (doc. #116-6)(pp. 19-20) |
| Falter, Roger | Personal Service left with "Roger Faiter" (doc. #63-5)(pp. 9-11) |
| Knebel, Arthur | Listed in Table as "Arthur Kriebel" (doc. #126-2)(p. 3) |
| Knebel, Susan | Listed in Table as "Susan Kriebel" (doc. #126-2)(p. 3) |
| Martin-White, Teni Judithe | Waiver of Service signed "Teni J. Martin" (doc. #63-8)(pp. 15-16)<br>DODMDC Search for "Teni Martin" (doc. #116-10)(pp.7-8) |
| Newton-Szalay, Diane | Listed separately in Table as "Diane Szalay" (doc. #126-2)(p. 4) |
| Park, Gloria | Listed in Table as "Gloria J. Parks" (doc. #126-2)(p. 3)<br>DODMDC Search for "Gloria Parks" (doc. #116-11)(pp. 1-2) |
| Jason D. Rayburn Irrevocable Trust<br>*John Doe #2, Trustee* | Personal Service to "Jason D. Rayburn Repp Living Trust" (doc. #63-9)(p. 16) |
| Riesberg, Dennis L. | DODMDC Search for "Dennis Reisberg" (doc. #116-11)(pp. 11-12) |
| Strankman, Walter | DODMDC Search for "Walter Stankman" (doc. #116-11)(pp. 29-30) |
| Tyrrell, Gerald | Listed in Table as "Gerald L. Tyrell" (doc. #126-2)(p. 4)<br>DODMDC Search for "Gerald Tyrell" (doc. #116-11)(pp. 33-34) |
| Tyrrell, Janice | Listed in Table as "Janice Tyrell" (doc. #126-2)(p. 4)<br>DODMDC Search for "Janice Tyrell" (doc. #116-11)(pp. 35-36) |
| Weidmann, Yvonne | DODMDC Search for "Yvonne Weidman" (doc. #116-12)(pp. 9-10) |

DATED at Denver, Colorado, this 15th day of March, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge