IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00965-MSK-CBS

FEDERAL INSURANCE COMPANY, an Indiana corporation,

      Plaintiff,

v.

MARY ANN ADAMS,
ALLSTATE INSURANCE COMPANY, INC., an Illinois corporation,
AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,
DALE KEVIN AXTELL,
KIM MARIE AXTELL,
ROBERT S. BABB,
BAILEY HAIR & NAILS,
DAVID EDWARD BAUER,
LOUISE JANE BAUER,
PATRICIA BENNETT-TAYLOR,
VICKI BIGELOW,
ENRIQUE BRUMAGHIN,
JEFFREY BRUNGARDT,
HELEN T. BURNS,
MICHAEL BURNS,
DEAN BYER,
GERALDINE CALLAHAN,
WARREN T. CALLAHAN,
CURTIS CASE,
DORA CATALDO,
JOHN DOE #1, as trustee for Caw Trust Settlement of Trust,
ANDREW CHRISTENSEN,
SHELLY CHRISTENSEN,
HELEN COOK,
KAREN ECK,
RANDAL ECK,
ROGER FALTER,
FARMERS INSURANCE GROUP, a Nevada corporation,
RON GREEN,
SHERLYN GREGG,
TIM A.GREGG,
KRISTEN GREGORY,
SCOTT GREGORY,

TARYN GUELKER,
PATRICIA HARTLEY,
ROBERT HARTLEY,
SHEILA HAWES,
KATHERINE HEDRICK,
ANN HERLIHY,
BRIAN HERLIHY,
EGOR HUNKA,
DEBORAH JALANIVICH,
GEORGE E. JEROME,
ARTHUR CURTIS JOHNSON, III,
RUSSELL JOHNSON, JR.,
BERNARD J. KARNOWKA,
THOMAS P. KARNOWKA,
JOHN MICHAEL KEYES,
NINA M. KIGHT,
ROBERT D. KIGHT,
ARTHUR KNEBEL,
SUSAN KNEBEL,
MARK KULOW,
LAZY OURS, L.L.C., a Colorado limited liability company,
JOSEPH ALLEN MAHAN,
SUSAN ADELE MAHAN,
LEONARD JOHN MAKI,
TENI JUDITHE MARTIN-WHITE,
LOREN H. MEYERINK,
KEITH MINER,
EUGENE H. MORRIS,
MARILYN MORRIS,
LAWRENCE MUETZ,
PERCY MUETZ,
DIANE NEWTON-SZALAY,
ONE BEACON INSURANCE COMPANY, a Massachusetts corporation,
GLORIA J. PARK,
STEPHEN L. POTTER,
DAN RAYBURN,
JOHN DOE #2 as trustee for Jason D. Rayburn Irrevocable Trust,
JERRILYN RAYBURN,
HANK REPP,
PRISS REPP,
JOHN DOE #3, as trustee for Priscilla M. Repp Living Trust,
DENNIS L. RIESBERG,
CHRISTINE SCHRADER,

DAMON SCHRADER,
NANCY SERWATKA,
CARL SHOEMAKE,
STATE OF COLORADO,
STATE FARM INSURANCE COMPANY, an Illinois company,
JOHN J. STEIN,
FRANK STENGER, JR.,
RIKI L. STENGER,
WALTER STRANKMAN,
RONALD W. THORNE,
GERALD L. TYRRELL,
JANICE TYRRELL,
USAA CASUALTY INSURANCE COMPANY, a Texas corporation,
JUDITH L. VINYARD,
STEVE WARNING,
TIA WARNING,
DONALD WEBSTER,
YVONNE WEIDMANN,
JOHN WEIMER,
SYDNEY WEIMER,
JONATHAN SETH WHITE,
JOHN & JANE DOE 4-10, the identity and precise number of whom are presently unknown to
the plaintiff, and
JOHN DOE ENTITY 1-10, the identity and precise number of whom are presently unknown to
the plaintiff,

      Defendants,

and

UNITED STATES OF AMERICA,
HENRY ALDERFER,
BARBARA ALDERFER, and
ERIC ALDERFER,

      Intervenors.

---

**ORDER TO DISBURSE FUNDS**

---

On May 15, 2007, the Court issued two orders.  The first **(#150)** granted the parties'

stipulated request to disburse the interpled funds.  Upon advisement from the Clerk's Office that the stipulation addressed only $499,999.99, leaving one cent undisbursed, and did not address more than $36,000 in accrued interest, the Court issued a second Order **(#152)** directing the parties to advise the Court by May 25, 2007, how these remaining funds should be disbursed.

The Court has received only three responses **(#153, #155, #156)** from Defendant USAA and Intervenors United States of America, Henry Alderfer, Barbara Alderfer and Eric Alderfer. All of these parties agree that the remaining one cent and the accrued interest should be disbursed *pro rata* according to the same percentage share of funds previously ordered distributed.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to disburse the accrued interest and remaining one cent, less the registry fee assessment, to the parties listed in paragraph 4 of the Order **(#150)** issued May 15, 2007.  Such disbursement shall be prorated based upon the parties' shares of that ordered disbursement.

Dated this 29th day of May, 2007

        **BY THE COURT:**

Marcia S. Krieger
United States District Judge